# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No.: 03-cr-533-JLL-09 |
| v. | |
| MICHAEL WEACHOCK | **ORDER** |

The Court has received and reviewed Defendant Michael Weachock's request for early termination of his period of probation dated May 18, 2007. After consideration of Defendant's request and the Government's opposition to same, dated June 6, 2007, it is hereby ordered that Defendant Michael Weachock's request is DENIED.

Dated: June 27, 2007

_____
JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE